# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED DEC 04 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DE SHANIQUE JANEE YOUNG (2),<br><br>    Defendant. | CASE NO. 17CR3680-W<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II)and(a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/04/17

Thomas J. Whelan
U.S. District Judge